SHUB LAW FIRM LLC
Jonathan Shub (SBN 237708)
Kevin Laukaitis
134 134 Kings Hwy E Fl 2
Haddonfield, NJ 08033
Tel: 856-772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiff*
*Jeanne Matthews and Proposed Class*

KELLER & HECKMAN, LLP
Robert S. Neimann (SBN 87973)
Natalie E. Rainer (SBN 252456)
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
Tel: (415) 948-2800
Email: niemann@khlaw.com
Email: rainer@khlaw.com

*Attorneys for Defendant*
*Morton & Bassett Spices*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MORTON & BASSETT SPICES,<br><br>Defendant. | Case No: 3:22-cv-00497-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>The Hon. James Donato<br><br>Motion to Dismiss filed: March 18, 2022 |

Pursuant to Local Rule 6-2 and 7-12, Plaintiff, Jeanne Matthews ("Plaintiff") and Defendant, Morton & Bassett Spices ("Defendant") (collectively, "the Parties") through their respective attorneys, stipulate and declare as follows:

WHEREAS, plaintiff filed their Complaint January 25, 2022;

WHEREAS, Defendant served its Motion to Dismiss the Complaint on March 18, 2022;

WHEREAS, Plaintiff intends to amend her Complaint in lieu of a response to the Motion to Dismiss;

WHEREAS, per Fed. R. Civ. P. 15(a), Plaintiff has until April 8, 2022 to file their Amended Complaint;

WHEREAS, counsel for the Parties have met and conferred and agree that the interests of justice and judicial economy would be served by granting Plaintiff an extension of time to file her amended complaint;

WHEREAS, this is the first extension sought by the Parties for the filing of an amended complaint, but the second extension requested altogether;

WHEREAS, the Parties seek an additional three weeks for Plaintiff to file her amended complaint.

IT IS THEREFORE STIPULATED AND AGREED by and among the parties in the above-captioned matter that:

1. The deadline for Plaintiff to file her Amended Complaint will be April 29, 2022.

AGREED AND CONSENTED TO:

By:  /s/ Jonathan Shub

SHUB LAW FIRM LLC
Jonathan Shub (SBN 237708)
Kevin Laukaitis
134 134 Kings Hwy E Fl 2
Haddonfield, NJ 08033
Tel: 856-772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiff*
*Jeanne Matthews and Proposed Class*

By: */s/ Robert S. Neimann*

KELLER & HECKMAN, LLP
Robert S. Neimann (SBN 87973)
Natalie E. Rainer (SBN 252456)
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
Tel: (415) 948-2800
Email: niemann@khlaw.com
Email: rainer@khlaw.com

*Attorneys for Defendant
Morton & Bassett Spices*

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO FILE AMENDED COMPLAINT
CASE NO. 3:22-CV-00497-JD

**[PROPOSED] ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 6, 2022

_____
Hon. James Donato
UNITED STATES DISTRICT JUDGE