**SHUB LAW FIRM LLC**
Jonathan Shub (SBN 237708)
Kevin Laukaitis*
134 Kings Highway E, 2nd Floor
Haddonfield, NJ 08033
T: 856-772-7200
F: 856-210-9088
Email: jshub@shublawyers.com
       klaukaitis@shublawyers.com

*Attorneys for Plaintiff and the Class*

**KELLER & HECKMAN, LLP**
Robert S. Niemann (SBN 87973)
Natalie E. Rainer (SBN 252456)
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
T: (415) 948-2800
Email: niemann@knlaw.com
       rainer@khlaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE MATTHEWS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>MORTON & BASSETT SPICES,<br><br>　　　　　Defendant. | Case No.: 3:22-cv-00497-JD<br><br>**JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE AMENDED COMPLAINT**<br><br>The Hon. James Donato<br><br>Trial Date: None Set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Jeanne Matthews ("Plaintiff") and Defendant Morton & Bassett Spices ("Defendant"), through their respective attorneys, stipulate and declare as follows:

WHEREAS, Plaintiff filed their Complaint on January 25, 2022.

WHEREAS, Defendant filed their Motion to Dismiss Plaintiff's complaint on March 18, 2022.

WHEREAS, Plaintiff intends to amend her Complaint in lieu of a response to the Motion to Dismiss;

WHEREAS, Fed. R. Civ. P. 15(a) gives Plaintiff a right to amend her Complaint within twenty-one (21) days of service of Defendant's Motion to Dismiss.

WHEREAS, Plaintiff's deadline to amend her complaint is April 29, 2022.

WHEREAS, the Parties have engaged in preliminary settlement discussions;

WHEREAS, the Parties seek to continue these settlement discussions in an effort to resolve this dispute and potentially avoid protracted litigation;

WHEREAS, this is the second extension sought by the Parties for the filing of an amended complaint, but the third extension requested altogether

WHEREAS, the Parties seek an additional thirty-one (31) days for Plaintiff to file her amended complaint.

IT IS THEREFORE STIPULATED AND AGREED by and among the parties in the above-captioned matter that:

1. The deadline for Plaintiff to file her Amended Complaint will be May 30, 2022.

AGREED AND CONSENTED TO:

Dated: April 21, 2022                           **SHUB LAW FIRM LLC**

                                                /s/ *Jonathan Shub*
                                                Jonathan Shub (SBN 237708)
                                                Kevin Laukaitis*

134 Kings Hwy E, Fl-2
Haddonfield, NJ 08033
T: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

*Attorneys for Plaintiff and the Proposed Class*

Dated: April 21, 2022                **KELLER & HECKMAN, LLP**

_____/s/ *Robert S. Niemann*_____
Robert S. Niemann ( SBN 87973)
Natalie E. Rainer (SBN 252456)
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
Tel: (415) 948-2800
Email: niemann@khlaw.com
Email: rainer@khlaw.com

*Attorneys for Defendant
Morton & Bassett Spices*

STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S TIME
TO FILE CONTINUE AMENDED COMPLAINT

## **ATTESTATION**

I, Jonathan Shub, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: April 21, 2022                             */s/ Jonathan Shub*
                                                  Jonathan Shub

## [PROPOSED] ORDER

Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The deadline for Plaintiff to amend her complaint is extended by thirty-one (31) days, from April 29, 2022 to May 30, 2022.

IT IS SO ORDERED.

Dated: _____, 2022       _____
                                              Hon. James Donato
                                              United States District Judge